No. 194, Misc.  BANKS *v.* RAGEN, WARDEN.
Certiorari denied.

No. 211, Misc.  JONES *v.* RAGEN, WARDEN.
Certiorari denied.

No. 212, Misc.  CANNADY *v.* RAGEN, WARDEN.
Certiorari denied.